UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-cr-00067-MMD-VPC |
| Plaintiff, | **ORDER MODIFYING PRETRIAL RELEASE CONDITIONS FOR DEFENDANT, CRYSTAL MARIE RICE** |
| vs. | |
| CRYSTAL MARIE RICE, | |
| Defendant. | |

Based on the pending Unopposed Motion for Modification of Pretrial Release Conditions filed by Defendant, Crystal Marie Rice, and good cause appearing therefor,

IT IS HEREBY ORDERED, that the location monitoring and home detention restrictions set forth in the Conditions of Release (Docket #11), paragraphs (50) and (50)(B), are eliminated based upon Ms. Rice's positive performance during her supervision.

DATED this 29th day of June, 2015.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE